UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Houck,<br><br>                      Plaintiff,<br>    v.<br><br>Enhanced Recovery Company, LLC; and<br>DOES 1-10, inclusive,<br><br>                      Defendant. | Civil Action No.: 2:12-cv-01887-RCM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 23, 2013

                                                            Respectfully submitted,

                                                            PLAINTIFF, Linda Houck

                                                            /s/ Jody B. Burton

                                                           Jody B. Burton, Esq.
                                                           Bar No.: 71681
                                                           **LEMBERG & ASSOCIATES L.L.C.**
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Jody B. Burton_____

              Jody B. Burton