UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Houck, | :<br>:<br>: |
| Plaintiff, | : Civil Action No.: 2:12-cv-01887-RCM<br>:<br>: |
| v. | :<br>: |
| Enhanced Recovery Company, LLC; and DOES 1-10, inclusive, | :<br>:<br>: |
| Defendant. | :<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Linda Houck ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 26, 2013

        Respectfully submitted,

        PLAINTIFF, Linda Houck

        <u>/s/ Jody B. Burton</u>

        Jody B. Burton, Esq.
        Bar No.: 71681
        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Jody B. Burton_____

                                                  Jody B. Burton